UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

2009 SEP 30 AM 11:10

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 6:09-CV-1681-Orl-18GJK |
| vs. ) | COMPLAINT |
| ) PROLOGIX DISTRIBUTION SERVICES (EAST), LLC, ) ) | JURY TRIAL DEMANDED |
| ) Defendant. ) / | INJUNCTIVE RELIEF SOUGHT |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and retaliation, and to provide appropriate relief to Tosha Thomas and other similarly situated females who were adversely affected by such practices. As stated with greater particularity below, the Commission alleges that Thomas and other similarly situated individuals were subjected to a sexually hostile work environment by Defendant's manager.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A ("CRA 1991").

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Middle District of Florida, Orlando Division.

## PARTIES

3. Plaintiff, the United States Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, ProLogix Distribution Services (East), LLC, has continuously been a Tennessee corporation doing business in the State of Florida and Orange County, and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Thomas filed a charge with the Commission alleging violations of Title VII by Defendant.

7. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least August of 2007, Defendant engaged in unlawful employment practices at its Orlando, Florida facility in violation of Section 703(a) of Title VII, 42 U.S.C. §2000e-2(a) as follows:

    (a) Defendant, by and through its manager, subjected Thomas and other similarly situated females to harassment based on sex (female). The sexual harassment included, but was not limited to, unwelcome physical contact of a sexual nature,

offensive remarks about female anatomy, and other remarks of a sexual nature. Examples of the harassment carried out by Defendant's male manager include groping females, touching females on the buttocks, making unwelcome remarks about women's "asses" and "nipples," making derogatory and insulting remarks about females, and questioning what color of underwear females wore.

(b) The harassment was sufficiently severe or pervasive that it constituted a sexually hostile work environment.

(c) Defendant was on notice that its manager was sexually harassing employees, but did not take prompt remedial action to stop it and prevent it from recurring.

9. The effect of the practice(s) complained of in paragraph 8 above has been to deprive Thomas, and other similarly situated females, of equal employment opportunities and otherwise adversely affect their status as employees because of their sex.

10. The unlawful employment practices complained of in paragraph 8 above were intentional.

11. The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of Thomas and other similarly situated females.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in sexual harassment, and any other employment practices which discriminate on the basis of sex.

B.  Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for females, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant to make whole Thomas and other similarly situated females, providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 8 in amounts to be determined at trial.

D.  Order Defendant to make whole Thomas and other similarly situated females by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 8, including, but not limited to emotional pain, suffering, inconvenience, humiliation, and loss of enjoyment of life, in amounts to be determined at trial.

E.  Order Defendant to pay Thomas, and other similarly situated females, punitive damages for its malicious and reckless conduct described in paragraph 8, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

JAMES L. LEE
Deputy General Counsel

GWENDOLYN REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
131 M Street, N.E.
Washington, D.C. 20507

MICHAEL J. O'BRIEN
Acting Regional Attorney

MARIA KATE BOEHRINGER
Supervisory Trial Attorney
Florida Bar No. 0041157
Miami District Office
2 Biscayne Blvd., Ste. 2700
Miami, Florida 33131
Telephone: (305) 808-1790
Facsimile: (305) 808-1835
Email: maria.boehringer@eeoc.gov